**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN THE INTEREST OF: P.S., A MINOR    :   No. 250 WAL 2017
PETITION OF P.S., A MINOR        :
                                  :
                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of

Appeal is **DENIED**.